UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEAN,<br><br>  Plaintiff,<br><br>  v.<br><br>GALT PLACE SENIOR LIVING,<br><br>  Defendant. | No. 2:18-cv-01693-KJM-CKD<br><br><br>ORDER |

On June 11, 2018, plaintiff Michael Dean, proceeding without counsel, filed this action.[1] (ECF No. 1.) At the same time, plaintiff requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

Under federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person who is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1).

In his application to proceed *in forma pauperis*, plaintiff asserts that he has received pension, annuity, or life insurance payments in the past year, but has failed to state the amount he

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

1

has received and what he expects to receive in the future. (ECF No. 2 at 1.) As a result, it is unclear what plaintiff's total annual income is. Therefore, plaintiff has failed to make an adequate showing of indigency. See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED WITHOUT PREJUDICE.
2. Within 28 days of the date of this order, plaintiff shall either (a) pay the applicable filing fee or (b) file an application to proceed *in forma pauperis* that adequately demonstrates that he is unable to pay the filing fee. Plaintiff's failure to either pay the filing fee or file a sufficient application to proceed *in forma pauperis* by the above deadline will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: June 14, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/ps.dean.18-1693.IFP denial incomplete

2